## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | * | |
| *Plaintiff,* | * | |
| **v.** | * | |
| | * | **CASE NO. 1:14-cv-01242-CCB** |
| **JOHN DOE subscriber assigned IP** | * | **Assigned to: Judge Catherine C. Blake** |
| **Address 76.21.155.140** | * | |
| *Defendant.* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S MOTION TO STAY
### PENDING RESOLUTION OF SIMILARLY SITUATED LITIGATION

Defendant, John Doe subscriber assigned IP address 76.21.155.140 ("John Doe"), pursuant to Fed. R. Civ. P. Rules 7 and 11, by and through undersigned counsel, respectfully moves this Honorable Court to Stay the Case Pending Resolution of Similarly Situated Litigation before the Court, the outcome of which may affect this case. As support John Doe states as follows:

1.      Plaintiff, Malibu Media, LLC ("Malibu") filed suit against John Doe on or about April 13, 2014, alleging a violation of the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). (ECF No. 1.)

2.      Malibu also filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference. In essence, Malibu uses these subpoenas to determine the name of the IP

1

subscriber and to apply pressure to the Doe Defendants to resolve the case, lest they be personally named in the lawsuit.[1]

3.     On or about April 18, 2014, Judge Blake granted subject to conditions and limitations. (*See* ECF No. 6.) Thereafter, Malibu served the IP provider (Comcast) with a subpoena seeking the name and contact information for John Doe. The subpoena return is due by June 4, 2014. (*See* Comcast Subpoena, attached as **Exhibit 1**.)

4.     On or about March 28, 2014, an anonymous ISP subscriber filed a Motion to: (1) Intervene Anonymously; (2) Consolidate Malibu Media Cases; and (3) Temporarily Stay Outstanding Subpoenas ("Motion to Consolidate/Stay") in Case No. 1:14-cv-00223-MJG (ECF No. 7 in that matter). The anonymous ISP subscriber also filed an accompanying Motion for An Order to Show Cause as to Why All Evidence and Data from Tobias Fieser and His Company IPP Should Not Be Precluded and These [Malibu copyright] Cases Dismissed. ("Motion for OSC") (*Id.* at ECF No. 8.) Upon information and belief, the Motion to Consolidate/Stay and Motion for OSC were simultaneously filed in 1:14-cv-0257-CCB before Judge Catherine C. Blake (*See* ECF Nos. 8-10 in that matter).

5.     The Motion to Consolidate/Stay and the Motion for OSC raise numerous troubling aspects about the Malibu litigation, including the volume of lawsuits[2] and a contention that Malibu pays the key witnesses in the cases pursuant to an "oral contingency agreement." (*Id.*) Chief Judge Motz of this Court has observed that such contingency fee agreements "affirmatively violate the fundamental policy of Maryland and the United States.") *See Farmer*

---

[1] A federal court in Maryland's sister state has called this process a "shake down" of the John Does. *See K-Beech, Inc. v. Does*, 2011 WL 10646535 at *4 (E.D. Va. Oct. 5, 2011), ECF No. 9.
[2] In its 3/28/14 Motion to Consolidate/Stay, Doe counsel contends that, in the last three years, Malibu has filed approximately 1,817 copyright infringement lawsuits nationwide, with 175 of those suits being filed in this district, at last count. (Case 1:14-cv-00223-MJG ECF No. 7 at 7.)

*v. Ramsay*, 159 F.Supp.2d 873, 883 (D. Md. 2001), *aff'd on other grounds*, 43 Fed. Appx. 547,
551 (4ᵗʰ Cir. 2002).

6.      John Doe in the instant matter adopts and incorporates the Motion to
Consolidate/Stay, the Motion for OSC, and all supporting arguments and exhibits as if fully
stated herein.

7.      The result of the Court's decision on the Motion to Consolidate/Stay and the
Motion for OSC may affect the status of this case. As of this writing, counsel in that similarly
situated litigation are still in the process of fully briefing the matter for the Court with possible
resolution this summer.

8.      A brief stay of this matter will not prejudice the Plaintiff and is in the best interest
of justice and judicial economy.

WHEREFORE, Defendant, John Doe subscriber assigned IP address 76.21.155.140
respectfully moves this Honorable Court to STAY the case pending resolution of similarly
situated litigation before the Court, and for any other relief the Court deems just and proper.

Respectfully submitted,

_____/s/__*Jason P. Beaulieu*_____
Jason P. Beaulieu (Bar No. 26850)
TIMMERMAN, BEAULIEU, HINKLE &
ESWORTHY, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204
(410) 649-4440
jpb@tbhelaw.com
*Attorney for Defendant, John Doe
subscriber assigned IP address
76.21.155.140*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Defendant's Motion to Stay Case Pending Resolution of Similarly Situated Litigation and proposed Order were served via electronic mail on:

Jon A. Hoppe (#6479)
Maddox, Hoofnagle & Hafey, LLC
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580
jhoppe@mhhhlawfirm.com
*Attorney for Plaintiff, Malibu Media, LLC*

/s/   *Jason P. Beaulieu*
Jason P. Beaulieu

4



EXHIBIT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | * | |
| *Plaintiff,* | * | |
| **v.** | * | |
| | * | **CASE NO. 1:14-cv-01242-CCB** |
| **JOHN DOE subscriber assigned IP** | * | |
| **Address 76.21.155.140** | * | |
| *Defendant.* | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

In consideration of Defendant, John Doe subscriber assigned IP address 76.21.155.140's Motion to Stay Case Pending Resolution of Similarly Situated Litigation ("Motion to Stay"), and any opposition thereto, it is this _____ day of _____, 2014, ORDERED that:

(A)     Defendant's Motion to Stay is GRANTED; and is further ORDERED that

(B)     This matter be and is STAYED until resolution of the pending Motion to Stay/Consolidate and Motion for Order to Show Case in Case No. 1:14-cv-00223-MJG, such motions also being filed simultaneously in Case No. 1:14-cv-0257-CCB before Judge Catherine C. Blake.

_____
Honorable Catherine C. Blake
Judge, U.S. District Court for the District
of Maryland